671 A.2d 223

**PENNSYLVANIA HUMAN RELATIONS COMMISSION,**

v.

**SCHOOL DISTRICT OF PHILADELPHIA, et al. (Two Cases).**

**Appeal of COMMONWEALTH and Hon. Thomas J. Ridge.**

**Appeal of CITY OF PHILADELPHIA**
**and Hon. Edward G. Rendell.**

**Nos. 91 and 97 Middle District Appeal Docket 1995.**

Supreme Court of Pennsylvania.

Feb. 15, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of February, 1996, the above-captioned appeals are quashed.